IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP HARRISON                                                                               PETITIONER

vs.                                         Civil No. 4:13-CV-4091

RAY HOBBS, Director,
Arkansas Department of Corrections                                                     RESPONDENT

## ORDER

Before the Court is the Amended Report and Recommendation filed July 1, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that the Petition for Writ of Habeas Corpus (ECF No. 1) be denied and dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge