IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP HARRISON                                                            PETITIONER

v.                                     Civil No. 4:13-cv-4091

WENDY KELLEY, Director,
Arkansas Department of Correction                                 RESPONDENT

## ORDER

      Before the Court is the Report and Recommendation filed January 23, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Petitioner's Motion for Certificate of Appealability (ECF No. 17) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Petitioner's Motion for Certificate of Appealability (ECF No. 17) is **DENIED**.

      **IT IS SO ORDERED**, this 15th day of February, 2017.

                                                                   /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   United States District Judge